# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00334-CR

**Teran Pennick, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY
### NO. C-1-CR-13-200027, HONORABLE BRANDY MUELLER, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was due in this Court on December 8, 2014. On December 11, we notified appellant's counsel that appellant's brief was overdue and that if we did not receive a satisfactory response from counsel on or before December 22, 2014, a hearing before the trial court pursuant to Tex. R. App. P. 38.8(b) would be ordered. To date, appellant's brief has not been filed, nor have we received a response from counsel.

We therefore abate the cause and remand it to the trial court to hold a hearing in accordance with rule 38.8 of the rules of appellate procedure.[1] The trial court shall hold a hearing immediately to determine whether appellant still wishes to prosecute his appeal, whether appellant is indigent, and whether counsel has abandoned the appeal.[2] If appellant desires to appeal and is

---

[1] Tex. R. App. P. 38.8(b)(2), (3).

[2] *See id*.

indigent, the trial court should make appropriate orders to ensure that appellant is adequately represented on appeal. *See id*. Following the hearing, the trial court should order the appropriate supplementary clerk's and reporter's records to be prepared and forwarded to this Court no later than April 13, 2015.[3]

It is ordered on March 13, 2015.

Before Justices Puryear, Pemberton, and Bourland

Abated and Remanded

Filed: March 13, 2015

Do Not Publish

---

[3] *See id*.